UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMEY RAY CHRISTY            ]
    Plaintiff,               ]
                             ]
v.                           ]    No. 3:09-1161
                             ]    JUDGE HAYNES
MONTGOMERY COUNTY JAIL       ]
    Defendant.              ]

**M E M O R A N D U M**

Plaintiff, Jamey Ray Christy, an inmate at the Montgomery County Jail in Clarksville, Tennessee filed this *pro se* action under 42 U.S.C. § 1983 against the Montgomery County Jail, seeking injunctive relief. Plaintiff challenges the conditions of his confinement at the Montgomery County Jail. Plaintiff also alleges that funds have been improperly withdrawn from his inmate trust account to pay for medical expenses. Plaintiff's belief is that he has been wrongly forced to pay for toilet paper.

To state a claim for § 1983 relief, the Plaintiff must plead and prove that a person or persons, while acting under color of state law, deprived him of some right guaranteed by the Constitution or laws of the United States. Parratt v. Taylor, 451 U.S. 527, 535 (1981). A county jail or workhouse is not a person that can be sued under 42 U.S.C. § 1983. Rhodes v. McDannel, 945 F.2d 117, 120 (6th Cir. 1991); Marbry v. Correctional Medical

Service, No. 99-6706, 2000 U.S. App. LEXIS 28072 (6th Cir.;11/6/00). Thus, the Plaintiff has failed to state a claim against this defendant upon which relief can be granted. 28 U.S.C. § 1915(e)(2).

An appropriate order is filed herewith.

WILLIAM J. HAYNES, JR.
United States District Judge